FILED _____ RECEIVED
_____ ENTERED _____ SERVED ON
COUNSEL/PARTIES OF RECORD

SEP 2 7 2022

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>DIEGO CARDIEL-VILLALOBOS,<br><br>        Defendant. | 2:22-mj-00754-VCF<br><br>**ORDER** |

**IT IS HEREBY ORDERED** that the Department of Homeland Security, Immigration and Customs Enforcement (DHS/ICE) shall provide to counsel for the above-named defendant a complete copy of every document and any other items contained in the defendant's Alien ("A") file within <u>seven (7) days</u> of the date of this Order, unless the Government files a formal objection or other appropriate motion within <u>six (6)</u> days of the date of this Order.

**IT IS FURTHER ORDERED** that the U.S. Attorney's Office shall serve a copy of this Order on the Officer in charge, Department of Homeland Security, Immigration and Customs Enforcement (DHS/ICE), Las Vegas, Nevada.

DATED this 27th day of September, 2022.

_____
NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE