# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　　v.<br><br>DIEGO CARDIEL-VILLALOBOS,<br>　　aka "Diego A Cardiel Villalobos"<br>　　aka "Diego Aman Cardiel Villalobos"<br>　　aka "Diego Armando Cardiel Villalobos"<br>　　aka "Armando Cardiel-Villalobos"<br>　　aka "Cardiel A Cardiel-Villalobos"<br>　　aka "Diego Cardiel-Villalobos"<br>　　aka "Diego A Cardiel-Villalobos"<br>　　aka "Diego Arman Cardiel-Villalobos"<br>　　aka "Diego Armon Cardiel-Villalobos"<br>　　aka "Diego Cardiel-Villalobs"<br>　　aka "Diego Armand Cariel-Villalobos"<br>　　aka "Diego Acardiel Villalobos"<br>　　aka "Diego Cardiel Villalobos,"<br>　　aka "Diego Cardiel,"<br><br>　　　　　Defendant. | Case No. 2:22-mj-00754-VCF<br><br>**Order Directing Probation to**<br>**Prepare a Criminal History Report** |

　　　Based on the stipulation of counsel, good cause appearing, and the best interest of justice being served:

　　　IT IS HEREBY ORDERED that the U.S. Probation Office is directed to prepare a report detailing the defendant's criminal history.

　　　DATED this 29th day of September, 2022.

_____
HONORABLE CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE