# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>      v.<br><br>DIEGO CARDIEL-VILLALOBOS,<br>      aka "Diego A Cardiel Villalobos"<br>      aka "Diego Aman Cardiel Villalobos"<br>      aka "Diego Armando Cardiel Villalobos"<br>      aka "Armando Cardiel-Villalobos"<br>      aka "Cardiel A Cardiel-Villalobos"<br>      aka "Diego Cardiel-Villalobos"<br>      aka "Diego A Cardiel-Villalobos"<br>      aka "Diego Arman Cardiel-Villalobos"<br>      aka "Diego Armon Cardiel-Villalobos"<br>      aka "Diego Cardiel-Villalobs"<br>      aka "Diego Armand Cariel-Villalobos"<br>      aka "Diego Acardiel Villalobos"<br>      aka "Diego Cardiel Villalobos,"<br>      aka "Diego Cardiel,"<br><br>            Defendant. | Case No. 2:22-mj-00754-VCF<br><br>Order on Stipulation<br>to Extend Deadlines to Conduct<br>Preliminary Hearing and<br>File Indictment |

Based on the stipulation of counsel, good cause appearing, and the best interest of justice being served; the time requested by this stipulation being excludable in computing the time within which the defendant must be indicted and the trial herein must commence pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(b) and (h)(7)(A), and Federal Rule of Criminal Procedure 5.1, considering the factors under 18 U.S.C. § 3161(h)(7)(B)(i) and (iv):

1  IT IS THEREFORE ORDERED that the preliminary hearing currently scheduled
2  on October 11, 2022 at the hour of 4:00 p.m., be vacated and continued to
3  December 28, 2022 at 4:00 pm in LV Courtroom 3D.

4  DATED this 29th day of September, 2022.

_____
HONORABLE CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE